### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3487                    Assigned/Issued By: J. N.

Judge Name: SHADUR                    Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

**Amount Due:**    ☑ $350.00      ☐ $39.00      ☐ $5.00

                   ☐ IFP          ☐ No Fee      ☐ Other _____

                   ☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____       Receipt #: 2866452_____

Date Payment Rec'd: 6-18-08_____       Fiscal Clerk: J. N._____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____                   ☐ Other
      *(Type of Writ)*                 _____
                                       *(Type of issuance)*

1_____ Original and 0_____ copies on 6-18-08_____ as to DEFENDANT_____
                              *(Date)*

_____

_____