AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 08CV3487

V.

ASSIGNED JUDGE: JUDGE SHADUR

BURT, INC., an Indiana corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Burt, Inc.
c/o John F. Burt, Registered Agent
11836 Woodmar Place
Cedar Lake, IN 46303

*[Handwritten service certification overlay:]* I hereby certify that I have served the within writ on the _26_ day of _June_ 2008 by leaving a copy at 11836 Woodmar Pl. Cedar Lk, IN the dwelling place or usual place of abode of said defendant. ROGELIO ROY DOMINGUEZ, SHERIFF By _____ Deputy Copy Mailed 6-26-08

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Paula Harrison_
(By) DEPUTY CLERK

June 18, 2008
Date

Lake County, Indiana
Sheriff's Department
Civil Process Division

23196

# Affidavit Of Out of State Service

State of __Illinois__    Cause Number __08CV3487__

County of _____

Plaintiff __William R. Dugan__

VS.

Defendant __Burt, Inc__

(State of Indiana
(County of Lake

**Deputy Sheriff** __Dan Bursac__, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the __26__ Day of __June__, 20__08__, in the city of __Cedar Lake__, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant __John F. Burt__ by mailing, also delivering to and leaving with at

(ADDRESS) __11836 Woodmar Place, Cedar Lake, In.__

☐ PERSONALLY    ☐ AUTHORIZED AGENT    ☑ PLACE OF RESIDENCE AND COPIES MAILED

__/s/ Bursac__ Deputy Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this __26th__ Day of __June__ A.D. 20__08__.

Notary Public: __Milica Stanivuk__    My Commission Expires

MILICA STANIVUK
Lake County
My Commission Expires
May 15, 2016