### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 3487 |
| | ) | |
| BURT, INC., an Indiana corporation, | ) | JUDGE MILTON I. SHADUR |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER DIRECTING DEFENDANT TO TURN OVER MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing BURT, INC., an Indiana corporation, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of October 2007 through May 2008, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

On June 26, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on July 16, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of July 2008:

    Mr. John F. Burt, Registered Agent
    Burt, Inc.
    11836 Woodmar Place
    Cedar Lake, IN   46303


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Burt, Inc\#21120\motion for default and reports.cms.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER:   08CV3487

V.

ASSIGNED JUDGE:   JUDGE SHADUR

BURT, INC., an Indiana corporation

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Burt, Inc.
c/o John F. Burt, Registered Agent
11836 Woodmar Place
Cedar Lake, IN 46303

*I hereby certify that I have served the within writ on the ___26___ day of ___June___ 2008 by leaving a copy at 11836 Woodmar Pl. Cedar Lk, IN the dwelling place or usual place of abode of said defendant.*
*ROGELIO ROY DOMINGUEZ, SHERIFF*
*By _____ Deputy*
*Copy Mailed  6-26-08*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

June 18, 2008
_____
Date




Lake County, Indiana
Sheriff's Department
Civil Process Division

23196

# Affidavit Of Out of State Service

State of _Illinois_    Cause Number _08CV3487_

County of _____

Plaintiff _William R. Dugan_

VS.

Defendant _Burt, Inc_

(State of Indiana
(County of Lake

**Deputy Sheriff** _Dan Bursac_, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the ___26___ Day of _June_, 20_08_, in the city of _Cedar Lake_, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant _John F. Burt_ by mailing, also delivering to and leaving ~~with~~ at

(ADDRESS) _11836 Woodmar Place, Cedar Lake, In._

☐ PERSONALLY   ☐ AUTHORIZED AGENT   ☑ PLACE OF RESIDENCE AND COPIES MAILED

_[signature]_ Deputy Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this _26th_ Day of _June_ A.D. 20_08_.

Notary Public: _Milica Stanivuk_    My Commission Expires

MILICA STANIVUK
Lake County
My Commission Expires
May 15, 2016