Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3487 | DATE | 8/7/2008 |
| CASE TITLE | William E. Dugan vs. Burt, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for an entry of an order is granted. (10-1) Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: SN